IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR159 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JACQUELINE JACOBS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Jacqueline Jacobs (Jacobs) for an extension of time (Filing No. 82). Jacobs seeks additional time in which to enter a substance abuse program. Jacobs' counsel represents that government's counsel has no objection to the motion. The motion is granted and Jacobs shall have **to November 12, 2013**, to enter a substance abuse program.

**IT IS SO ORDERED.**

DATED this 6th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge